LEHIGH STRUCTURAL STEEL COMPANY, INC., Plaintiff, *v.* NYACK KENNEL CLUB et al., Defendants; VERNON LUMBER CORPORATION, Respondent, and BIOPHILE CLUB COMPANY, INC., Appellant.

Argued April 19, 1940; decided May 21, 1940.

*Francis D. Wells* for appellant.

*Max Ornstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.